AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>TAVOYN BILLY MORRISON<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 3:25-cr-00156 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TAVOYN BILLY MORRISON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 & 2: 21 USC 841(a)(1) - distribution of cocaine base, aka "Crack"

Date: 09/09/2025

*Issuing officer's signature*

City and state: Huntington, WV

Rory L. Perry II, Clerk of Court
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | *Arresting officer's signature*<br><br>_____<br>*Printed name and title* |